**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 326 MAL 2014
:
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DANIEL C. WORK JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.